**No. 52463.**—Alltransport, Inc. *v.* United States, protest 132956–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.